IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00316-MSK-BNB

TRUSTEES OF THE COLORADO CEMENT MASONS' PENSION TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' APPRENTICE TRUST FUND, and
TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND,

Plaintiffs,

v.

JANET A. PELLEGRINI, an individual,
MARK PELLEGRINI, an individual, and
JANET A. PELLEGRINI and MARK PELLEGRINI d/b/a MTS CONCRETE, an unincorporated entity,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   This matter is before the Court on the **Unopposed Motion to Hold in Abeyance Plaintiffs' Motion to Compel and Vacate Hearing** (the "Motion"), filed on August 15, 2005.

   IT IS ORDERED that the Motion is GRANTED. The hearing on docket entry no. 38, Motion to Compel, is **vacated and reset to October 11, 2005, at 9:30 a.m.** If the issues have been resolved, plaintiff is to file a motion to withdraw the Motion to Compel and the hearing will be vacated. If the hearing is to go forward, defendants shall respond to the Motion to Compel on or before **September 30, 2005**.


DATED: August 17, 2005