IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00316-MSK-BNB

TRUSTEES OF THE COLORADO CEMENT MASONS' PENSION TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' APPRENTICE TRUST FUND, and
TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND,

Plaintiffs,

v.

JANET A. PELLEGRINI, an individual,
MARK PELLEGRINI, an individual, and
JANET A. PELLEGRINI and MARK PELLEGRINI d/b/a MTS CONCRETE, an unincorporated entity,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Modification of the Scheduling Order** (the "Motion"), filed on August 26, 2005.

IT IS ORDERED that the Motion is GRANTED and the following deadlines are extended:

| | |
|---|---|
| Discovery Cut-off: | **December 1, 2005**; |
| Dispositive Motion Deadline: | **January 16, 2006**. |

IT IS FURTHER ORDERED that the Pretrial Conference set for December 1, 2005, is **vacated and reset to March 20, 2006, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **March 13, 2006**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  August 29, 2005