IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00316-MSK-BNB

TRUSTEES OF THE COLORADO CEMENT MASONS' PENSION TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' APPRENTICE TRUST FUND, and
TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND,

Plaintiffs,

v.

JANET A. PELLEGRINI, an individual,
MARK PELLEGRINI, an individual, and
JANET A. PELLEGRINI and MARK PELLEGRINI d/b/a MTS CONCRETE, an unincorporated entity,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw Motion to Compel and Vacate October 11, 2005 Hearing** (the "Motion"), filed on September 28, 2005.

IT IS ORDERED that the Motion is GRANTED. The Motion to Compel (docket entry no. 38, filed on July 25, 2005), is DENIED AS WITHDRAWN. The hearing set for October 11, 2005, is VACATED.

DATED: September 29, 2005